# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Third Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Nakia Phillips                           Case Number: 4:12CR-00161-1 JAR

Name of Sentencing Judicial Officer: The Honorable John A. Ross
                                     United States District Judge

Date of Original Sentence: November 1, 2012

Original Offense: Failure to Register as a Sex Offender

Original Sentence: 24 months custody of the Bureau of Prisons, followed by a ten year term of supervised release.  On April 30, 2014, supervised release was revoked and sentenced to 24 months custody of the Bureau of Prisons, followed by a Life term of supervised release.  On August 11, 2015, Judgement was amended regarding additional conditions of release.

Type of Supervision: Supervised Release           Date Supervision Commenced: September 30, 2015
                                                                     Expiration Date: N/A

Assistant U.S. Attorney: Tracy Berry                        Defense Attorney: Lucille Liggett

## PETITIONING THE COURT

**To amend the original petition to include additional information.  The new information is in bold print.**

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**
General Condition: The defendant shall not commit another federal, state, or local crime.

**Nature of Noncompliance**
On September 7, 2016, a Farmington, Missouri police officer was dispatched to the Parkland Hospital as a 15 year old female was there and was reporting she had been raped by a 37 year old black male.  A Missouri Child Abuse and Neglect Hotline call had just been completed.  Upon arrival, the officer began the investigation, which revealed that on August 10, 2016, the juvenile had met Nakia Phillips at her uncle's house.  The juvenile reported Phillips had asked her age, she told him she was 15, and he told her she was really pretty.  Later, the juvenile had reportedly seen Phillips driving a Pontiac G6 with expired Missouri temporary tags and Phillips offered to give the juvenile a ride to a family member's house.  The juvenile accepted the ride and reported that Phillips drove her to a class.  Neither the type of class nor the location of the class were known to the juvenile.  After the class, the juvenile reported Phillips drove her to his apartment, located at 1502 N. Washington Street, #59, Farmington, Missouri.

Phillips offered the juvenile some food and a milkshake. The juvenile reported she asked for a soda instead, but Phillips convinced the juvenile to drink the milkshake. The juvenile reported that after drinking the milkshake, she felt funny and woke up the next morning in Phillips' apartment without any clothes on. The juvenile reported that Phillips then showed her a handgun and drove her to the St. Louis, Missouri area and purchased her a dress. The juvenile stated she was forced to wear the dress and walk on the street. The juvenile reported that a car pulled up, she asked for $200, and the male accepted the offer. The juvenile stated she entered the vehicle, and they drove behind a nearby building. The victim reported she engaged in oral and vaginal sexual relations with the male. The juvenile reported she then returned to Phillips' vehicle and Phillips drove her to a truck stop and instructed her to walk up and down in the parking lot between the trucks. The juvenile reportedly walked through the trucks, but did not see anybody. The juvenile reported they returned to Phillips' apartment. The juvenile reported she would stay with Phillips for several days at a time at his apartment. The juvenile reported she had last had sexual intercourse with Phillips on September 6, 2016, at Phillips' apartment

The juvenile described another incident wherein a female, named Brandi, and Phillips took the juvenile to another location in St. Louis, Missouri, made her put on a black dress, and went to a male's house. The juvenile said the male offered her some alcohol, to which she refused, but Brandi forced her to drink it. Brandi then left for approximately forty-five minutes. The juvenile stated that Brandi and Phillips had told her what to do. The juvenile stated she and the male went to a back room and he made her undress. The juvenile stated she performed oral sex on the male and then had sexual intercourse with him. The juvenile stated the male paid Brandi and that Brandi told the male the juvenile was 18 years old after the juvenile had told him she was 15 years old. The juvenile reported the male had paid Brandi $160, although Brandi had told the juvenile and Phillips he had paid her $60. The juvenile reported that Brandi gave Phillips $30 and kept $30. The juvenile advised that after Phillips learned Brandi had not paid him the full amount of money, Phillips hit Brandi. The juvenile stated Phillips then drove the juvenile back to the same house and the juvenile performed sexual acts with the man again.

The juvenile reported Phillips took her to The Comedy Club on an occasion, where she had sexual intercourse with three or four men and had sexual intercourse with Phillips, while other men paid to watch the acts.

The juvenile reported that the next day, Phillips told the juvenile it was her day off. The juvenile advised that she fell asleep on the couch and awoke to Phillips performing oral sex on her. She stated that when she began to resist, Phillips reached under the couch and pulled out a gun and therefore, the juvenile stopped resisting. The juvenile reported that the following day, Phillips took her home as the school year was starting. She stated Phillips had purchased her a phone and headphones and had instructed her to talk to him the entire time. The juvenile reported that the following day when school released, Phillips was standing outside the school and told her to leave with him. The juvenile reportedly told Phillips she was going to ride the bus home, but that Phillips showed her a gun again and she went with him. The juvenile reported Phillips then took the juvenile to St. Louis to the same male's house she had been at a few days prior. She stated the male did not have sex with her, but gave her $100, which was then taken by Phillips. The juvenile reported she and Phillips then went to Pure Pleasure and that she and Phillips had sexual intercourse with another female and were paid $100 by others to watch the sexual acts occur. The juvenile reported she went to school the next day and was picked up by Phillips at the end of the day. She stated Phillips attempted to have anal sex with her, but it hurt too badly and therefore, Phillips just stuck his finger in her anus. The juvenile reported Phillips

woke her up the following day and told her she was not going to school and instructed her to put specific clothes on that were on the bed. The juvenile reported the clothes consisted of short shorts and a half shirt. The juvenile reported Phillips took the juvenile to a house in St. Louis, Missouri to have sex with a male, but the male was unable to obtain an erection and therefore, did not pay the juvenile. The juvenile reported when Phillips learned this, he became angry and choked the juvenile. The juvenile reported Phillips then took the juvenile to the St. Louis Galleria shopping mall and they went into Victoria's Secret. The juvenile reported Phillips went to the bathroom and told the victim to wait in a specific spot. When Phillips came out of the bathroom, the juvenile had gone outside of the store they were in and sat on a bench. The juvenile reported Phillips slapped her in front of people. The juvenile advised they then went to the food court and she got bacon cheese fries and a double chocolate oreo shake. The police report indicated that during the search of the offender's apartment, there was a receipt located for August 21, 2016, for Johnny Rockets, wherein bacon cheese fries and a double chocolate oreo shake were purchased. The juvenile reported she and Phillips then left and went to Phillips' mother's house, where Phillips' 12 year old son lives. The juvenile stated they smoked marijuana with Phillips' brother and then returned to Farmington, Missouri.

The juvenile stated she was unable to recall some things that had happened with Phillips as he frequently gave her alcohol and marijuana. The juvenile further reported Phillips had her "snort ice." The juvenile reported Phillips made her dye her hair red. The juvenile recalled Phillips taking her to the Oz nightclub. The juvenile advised that while at the Oz nightclub, the offender got her an alcoholic drink and put a "Mickey" in it and forced her to drink the beverage. The juvenile reported she didn't remember anything after that and woke up in the backseat of a truck.

The juvenile recalled a time that Phillips arranged to pick up another juvenile and the three of them engaged in sexual relations together.

The juvenile described Phillips' cell phones and advised he had a separate flip phone he used for his probation officer.

The juvenile further reported Phillips had put her on Backpage, a classified advertising website, wherein he advertised that she was available to have sex. The juvenile reported Phillips had taken naked photographs of her on his phone and that there was a video on his phone of her naked and unconscious in the backseat of his vehicle as a result of being choked by Phillips. Additionally, the juvenile reported two other incidents wherein she was forced to have sex with Phillips and two other females.

The juvenile recalled an incident wherein the offender choked her and forced her to leave his apartment, which led the juvenile to her parents. When the mother of the victim was interviewed, she reported the juvenile had not been reported as a runaway or missing as the police department would not take the report she attempted to place on August 10, 2016, as the juvenile is noted as a frequent runaway in their system. The juvenile was shown a photo line-up of Phillips along with five other black males with similar physical characteristics as Phillips. The juvenile positively identified Phillips as the person she had described.

Later, on September 7, 2016, the Farmington, Missouri Police Department was contacted by a mother, who advised her 15 year old daughter had been forced to have sexual intercourse with a 21 year old male and another 15 year old male at the same time at an apartment in Farmington, Missouri.

Investigation revealed that the male involved in this incident goes by a nickname of "Ace." The investigation further revealed that "Ace" resides at 1502 North Washington Street, Farmington, Missouri. The mother reported to the Farmington, Missouri Police Department on September 9, 2016, and provided a written statement. The mother advised that all of the information had come to her attention after her daughter had been failing to turn homework assignments in at school. The mother reported her daughter then reported she had been forced to have sexual intercourse with Nakia Phillips and that the 15 year old previously mentioned in this report held her hands down while Phillips sexually assaulted her. On September 12, 2016, the 15 year old daughter of the mother who had filed the police report was interviewed at the Farmington, Missouri police report. The 15 year old admitted to being sexually assaulted by Phillips and that the 15 year old juvenile had held her down during the assault.

On September 7, 2016, surveillance was conducted of Phillips' apartment. Officers observed a Red Pontiac G6 with an expired Missouri temporary registration tag backed in near Apartment #59, with the trunk of the vehicle open. Phillips was observed to be loading the trunk of the vehicle with several clear plastic bags, which appeared to be filled with clothing. The decision was made to contact and arrest Phillips based on the aforementioned allegations. A request was made for a marked patrol vehicle to report to the scene to assist. Prior to an officer arriving in a marked patrol vehicle, Phillips began to drive away in his vehicle. The officers followed Phillips out of the parking lot and into a school zone. The officer pulled directly behind Phillips and activated his emergency lights and siren in an effort to conduct a traffic stop. Phillips' vehicle immediately accelerated, crossed the solid yellow line, pulling into the oncoming lane and passing three vehicles on a vision obscured blind hill. At this point, a pursuit ensued with vehicle speeds in excess of 80 and 90 miles per hour as they traveled north on Highway D, Farmington, Missouri. Due to roadway conditions, the officer lost sight of the offender's vehicle and the officer terminated the pursuit. Within a few minutes, the officer was notified the vehicle had been located and was being pursued by the Bonne Terre, Missouri Police Department. The pursuit continued into Bonne Terre, Missouri and then onto northbound U.S. Highway 67, where the speeds increased to 115 miles per hour and the vehicle continued to fail to stop. Jefferson County police officers were able to deploy spike strips to the tires of Phillips's vehicle at U.S. Highway 67 and Highway CC. The pursuit continued north on Highway 67 where the vehicle pulled onto Oakvale Road and Phillips fled the vehicle on foot into a wooded area. After a brief foot chase, Phillips was taken into custody without further incident. There was found to be a female passenger in the vehicle, who was released at the scene and Phillips was transported to the St. Francois County Detention Center, Park Hills, Missouri. Search of the vehicle revealed three cellular telephones.

According to law enforcement records, Missouri Case Net, the offender has pending charges of Resisting Arrest and Operating a Motor Vehicle in a Careless and Imprudent Manner – Creating a Substantial Risk of Serious Injury/Death to Any Person, under Docket No. 16SF-CR01640. Charges of Rape or Attempt Rape First Degree -Display Deadly Weapon or Dangerous Instrument, Sodomy or Attempt Sodomy First Degree – Serious Physical Injury, and Rape or Attempt Rape First Degree were dismissed under Docket No. 16SF-CR01178, on December 13, 2016.

On February 6, 2017, the undersigned officer, along with U.S. Probation Officer Forensic Examiner, Stephen W. Holmes, met with the primary detective from Farmington, Missouri Police Department. Based on Phillips' conditions of supervision, the U.S. Probation Office obtained three cell phones the detective seized from Phillips at the time of his arrest and from Phillips' property. A forensic evaluation was then conducted of the devices.

The first device was identified as a Logic phone.  Examination of this phone revealed multiple text conversations about drugs, including drug references such as "fint," subs," and "bottle of meth."  As subs and bottle of meth were used in the same text, they could be a reference to Suboxone and Methandone.  Fint may be a slang term for Fentanyl.  There was nothing else of evidentiary value found on this device.

The second device was identified as a LG flip style phone.  Examination of this phone revealed an internet history where Facebook.com was utilized with a username of [katelynchristinewarren@gmail.com](mailto:katelynchristinewarren@gmail.com).  A SMS text message conversation between Phillips and Tat Up discuss sexual favors for money.  A Google search shows the phone number connected with Tat Up as a transsexual escort.  There was nothing else of evidentiary value found on this device.

The third device was identified as a ZTE Prestige smart phone.  Forensic examination of this phone revealed numerous images of concern.  Images of who is believed to be the minor victim previously discussed in this report were located on this device.  Some of the images appear to be of her taking selfie style pictures of herself while she is standing in a Domino's Pizza and were taken on September 2, 2016.  A few images of a female sitting naked on a couch, with a towel wrapped around her hair, were found on this device.  The female is covering her breasts and vagina in these photographs, as well as a portion of her face.  An image of a vagina, with a finger inserted inside the vagina was found on this device, as well as an image of the naked back of a female, who is sitting on the crotch of another person.  These images were located in the unallocated space of the device.  Further examination recovered videos which match these still images.  The video shows a vagina being rubbed with a hand, as well as being penetrated by a finer.  A male's voice can be heard during this video stating "rub that pussy."  Two videos of a female sitting on a male's crotch, facing away from the camera, show her having sex with a black male.  A video was recovered of a person with a curly dark hair, wearing a white t-shirt with a "100" logo on it in numerous places, giving oral sex to a black male on what appears to be a couch.  A black hat with a red bill and white lettering can be seen laying on the couch in the background of the video frame.  Images were also found of Phillips wearing a hat and shirt like the ones in the video.  Also noted in the images section were pictures of a Western Union receipt, an image of a screenshot of Phillips' KIK account and a picture of a penis which had been uploaded to a Facebook group under a Mack Phillips account.  A Cellebrite Physical Analyzer revealed numerous user accounts on this device, including Facebook (Username: Mack Phillips User ID: 100010424114958), Instagram (Username: acetheceo_ofmajorplayerent), Gmail ([ceoofmajorplayerent1@gmail.com](mailto:ceoofmajorplayerent1@gmail.com)), Plenty of Fish (Username: Mack CEOofMajorPlayer Password: mackanson), TextNow (Username: macknyc, possible phone number associated with this account: 314-366-7482), Yahoo ([majorplayerent@yahoo.com](mailto:majorplayerent@yahoo.com)).  Messages between this phone and contact Dave Brother occurring between August 14, 2016, and August 18, 2016, reveal a possible conversation talking about the minor victim.  During this conversation Dave Brother states he needs to see identification for the "lil mix one" and then he would be "willing to get down."  A message is sent to Dave Brother which states "She don't have her id but believe me she is 18 r she would not be with me on no level [*sic*]."  Dave Brother responded by stating "Man next time then with both of them that's how I get down lol [*sic*]."  Deleted SMS messages were recovered between Phillips and contact Meka (possible victim referenced throughout this report) (573-482-2901).  Recovered messages start on August 15, 2016, and continue through September 6, 2016.  A conversation on August 28, 2016, could be indicative of Meka involving herself in prostitution for Phillips.  During this conversation, Meka informs Phillips she is done and feels "so freaking nasty."  He replies to her stating

that he is proud of her and to not feel nasty because "it all add up. Our bills will get paid cause of u.[*sic*]" He also tells her they are only apart to make money, and it takes "this" to get money. He further states work is work and being broke shouldn't be an option. He reminds her they need money to buy "JAYs" and pay bills. Meka asks Phillips if he is going to meet her at Brandi's. He asks her if she has his money, to which she replies she is beyond pissed and doesn't want to do "this" anymore. Phillips states "I know she no trying to keep all the money.[*sic*]" Meka then states they are moving again, and she is done for the night. Brandi is possibly the mother of Phillips' child, Brandi Leachman. There is only one phone number in the contacts for a Brandi (314-732-2857). However, phone number 314-269-3464 is not listed in the contacts, but the person identified themselves as Brandi. She further identified their child as "bones." Bones is Phillips' son's nickname. Of interest in this conversation thread is Brandi informs Phillips she was shot at on September 3, 2016. This is relevant, as Sergeant Porter informed this examiner that during his interview with the minor victim, she stated Phillips took her to The Oz in Sauget, Illinois. She remembers the trip, because she remembers Brandi informing Phillips she had been shot at while they were at The Oz. There is a SMS text message conversation between Phillips and contact "Trinna 3" (314-536-5645) indicating Phillips, the minor victim, and Trinna had a sexual encounter on or about August 21, 2016. During a conversation on August 22, 2016, text messages indicate the minor victim was texting Trinna via Phillips' phone. During this conversation, the minor victim asks Trinna to be in a three way sexual relationship with her and Phillips again. The minor victim states she has sex with Phillips and they like having other female partners join them for sex. Trinna informed Phillips she lives at "1208 Aubert Ave." SMS messages between this phone and a contact listed as "(618) 581-4920"( with a phone number of 636-465-4895) between August 11, 2016 and September 7, 2016, are all in reference to Phillips selling marijuana. There are numerous sales lined up throughout this conversation. Much of the conversation between Phillips and contact Puniher (573-944-8110) are indicative of drug sales. Puniher works at Proffer Produce. SMS messages between Phillips and contact 314-701-2515 are also indicative of drug sales. This number is not a saved contact, but during the conversation, the person identified themself as Santanna. During one of the conversations, which occurred between August 29, 2016, and September 1, 2016, Santanna asks if Phillips sells anything else, because his mom wants some "girl." Girl is a known slang term for cocaine, crack cocaine, or heroin. SMS conversation between Phillips and contact T Gay (314-688-4363) are indicative of drug sales. T Gay requested to get a gram or two from Phillips on September 6, 2016. Examination of Chat Logs revealed numerous conversations through Instagram, Facebook, TextNow, and IMO messaging. A few messages of interest were noted, including a message from March 2, 2016, where Phillips contacted Instagram user "iamminicreations" (Instagram number 1578369340) to setup an event where she would perform at either the Pink Slip or Bottoms Up strip clubs, located in Illinois. On September 4, 2016, Phillips used TextNow for a conversation with Dave Brother. During this conversation, Dave Brother sent a message asking Phillips if "she get down 2." Phillips responded with yes. Phillips asked if he wanted "that" and Dave Brother responded with "Yea let me get that." Dave Brother also informs Phillips he has "them pills 2.[*sic*]" Between June 15, 2016 and June 16, 2016, Phillips exchanged messages with Instagram User Katie Warren (Instagram Number 3419582464). Phillips sent Warren a message asking why her grandmother called him. She responds a few hours later and asks for his phone number, to which he replies with 516-423-3764. Examination of the call logs were unable to confirm if there was a phone call on this date, because the earliest dated phone call record is July 7, 2016. Katie Warren is found in the Contacts as having a Facebook account user identification number 100011072057210. Another Instagram account for a Katie Warren was found in the contacts with identification number 213762594. A phone number for contact Katie (No Last Name), phone number 601-618-7089, shows a contact image of a young looking white female who appears to be

similar in features to contact Katie Warren with Facebook identification number 100011072057210. This examiner was unable to confirm this is the same person. Phillips and contact BeWe (573-701-2330) discuss working together. Examination of the Internet history revealed activity on Backpage.com for escorts in Southeast Missouri, St. Louis, Chicago, Memphis, and Atlanta. Examination of the emails found on this device reveal that on August 28, 2016, Phillips created a backpage.com account with his ceoofmajorplayerent1@gmail.com account.

**On May 16, 2017, the minor victim referred to in the aforementioned information was interviewed by the Federal Bureau of Investigations. During the course of the interview, the victim reported the majority of the aforementioned information. In addition, the victim reported Phillips had forced her to take nude photographs in various poses in a hotel room in order to post the victim on backpage.com. The victim further reported Phillips had her walk the "track" in St. Louis (a neighborhood unknown to her) for prostitution purposes. At the conclusion of the interview, the victim was shown pictures from a CD containing an extraction of items from Phillips' cell phone. The victim positively identified the following: a photograph of herself in Phillips' apartment wherein she is naked with a towel wrapped around her head; a close-up of the victim's vagina, which she noted specifically from a freckle on her inner thigh; and a blurry photograph of the victim's buttocks, wherein the victim recalled Phillips was trying to record a video and take still photos at the same time while the victim performed sex acts on him. The victim advised Phillips had taken multiple other photographs of her that were not on the CD. The victim described other images Phillips had created of her, including a video of the two of them having sexual intercourse in his bedroom, a video of her performing oral sex on Phillips, a couple of photographs of the victim posing naked while in the shower, and one in which her arms were above her head.**

**On June 14, 2017, the case proceeded to Grand Jury, wherein the jury voted to true bill the charges for a new two Count indictment. Count One charges Production of Child Pornography and Count Two charges Human Trafficking of a Minor, both under Docket No. 4:17CR 00273 RLW.**

**Violation Number**
Standard Condition No. 3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

Standard Condition No. 6: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

Special Condition No. 2: The defendant shall comply with all federal, state, and local sex offender registration laws and provide verification of registration to the probation office.

**Nature of Noncompliance**
On September 7, 2016, the undersigned officer made contact with Proffer Produce, Farmington, Missouri, to inquire about the offender's employment status. Upon speaking with a human resources representative, the undersigned officer was informed the offender terminated his employment on August 18, 2016. As a result of this information, the undersigned officer contacted the offender's second place of employment at Dominoes Pizza, Farmington, Missouri and was informed the offender was terminated from his employment on September 3, 2016. The offender was reportedly terminated from the

Farmington, Missouri Dominoes location on August 10, 2016, as he looked up a female customer's personal information in the computer and contacted her. The female's boyfriend contacted the store and the offender was subsequently terminated. Dominoes afforded the offender an employment opportunity at the Fredericktown, Missouri location, beginning August 12, 2016; however, he was terminated from that location on September 3, 2016. The manager that reported this information to the undersigned officer was unaware of the cause of the termination on September 3, 2016. The offender failed to report any of the employment changes to the probation office. Further, according to the Missouri Highway Patrol website, the offender has not changed his employment status with the Missouri Sex Offender registry.

**Violation Number**
Special Condition No. 4: The defendant shall be prohibited from contact with children under the age of 18 without the prior written permission of the probation office and shall report to the probation office immediately, but in no event later than 24 hours, any unauthorized contact with children under the age of 18.

Special Condition No. 7: The defendant shall not possess obscene material as deemed inappropriate by the probation office and/or treatment staff, or patronize any place where such material or entertainment is available.

**Nature of Noncompliance**
On May 5, 2016, Phillips submitted to a polygraph examination at Southeast Missouri Behavioral Health residential facility. During the examination, Phillips admitted to having contact with his twelve year old son on two occasions. He advised the first occasion involved meeting his son's mother at a flea market in St. Louis, Missouri, for the purpose of giving his son some new tennis shoes. Phillips informed this officer he was not aware his son would be at the flea market when he met the mother there. The second occasion involved Phillips meeting his son and his son's mother at a friend's house for the purpose of Phillips speaking to his son regarding his misbehavior. Phillips advised the contact was approximately 15 minutes in length and that at no time was he alone with his son. Additionally, during the examination, Phillips admitted he and his girlfriend made a video of the two of them engaged in sexual acts.

**Violation Number**
Special Condition (Modification 01/14/2016): The defendant shall reside in and participate in a Residential Reentry Center approved by the probation office, but not longer than 120 days.

**Nature of Noncompliance**
On May 25, 2016, Phillips was discharged unsuccessfully from Southeast Missouri Behavioral Health (SEMO), where he was residing due to not having a viable home plan. A female resident at SEMO filed a report wherein she advised that Phillips had approached her on May 24, 2016, to have sexual relations in the restroom of the facility. After the female resident turned Phillips down, Phillips reportedly made several inappropriate sexual in nature comments to the female. When Phillips was interviewed about the incident, he advised the female had approached him for illicit substances and he informed her he did not have any. As SEMO viewed this action as a safety issue, Phillips was terminated from the facility.

**Previous Violations**

On May 16, 2016, the Court was notified the defendant had submitted to a deceptive polygraph on May 5, 2016, wherein he admitted to having contact with his twelve year old son on two occasion without permission and admitted to possessing obscene material as deemed inappropriate by the probation office and/or treatment staff wherein Phillips and his girlfriend made a video of the two of them engaged in sexual acts. As no Court action was taken, this conduct has been incorporated into the existing petition for a warrant.

On June 9, 2016, the Court was notified that Phillips was unsuccessfully discharged from Southeast Missouri Behavioral Health (SEMO) halfway house as a female resident filed a complaint against him alleging that Phillips had approached her to have sexual relations with him in the facility restroom. As no Court action was taken, this conduct has been incorporated into the existing petition for a warrant.

**U.S. Probation Officer Recommendation:**
Based on the above information, it is requested that the original petition be amended to include the additional information and that the offender's term of supervision be revoked.

The Supervised Release should be
    [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2017

Approved,  
by _____  
Kenneth R. Fitzgerald  
Supervising U.S. Probation Officer  
Date: June 19, 2017

Respectfully submitted,  
by _____  
Lisa K. Haar  
U.S. Probation Officer  
Date: June 16, 2017

---

THE COURT ORDERS:

☐    No Action  
☒    Amend the original petition  
☐    The Issuance of a Summons  
        Appearance Date:  
        Appearance Time:  
        Courtroom Number:  
☐    Other

_____  
Signature of Judicial Officer

June 19, 2017

I:\Supervision\12C\3rd Amended Phillips, Nakia 12C 412CR00161-1 JAR 06-19-2017.docx